# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: 1300 LARK CIRCLE, HANFORD, CA (SUBJECT LOCATION 1) AND 12208 HANFORD ARMONA ROAD, APT B., HANFORD, CA (SUBJECT LOCATION 2) | CASE NO.  1:22-sw-00299-EPG<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated:   **Jun 22, 2022**

Hon. Erica P. Grosjean
U.S. MAGISTRATE JUDGE