**FILED**

Oct 31, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In the Matter of the Search of:<br><br>Residences Further Described in Attachments<br>A-1 Through A-2 | ) CASE NO. 1:22-SW-00299-EPG<br>)<br>)<br>) **UNSEALING ORDER**<br>)<br>)<br>)<br>)<br>) |

Good cause due to the execution of the aforementioned searches and the defendant's arrest, it is

hereby ordered that the Application and Search Warrant in the above matter, be UNSEALED.

DATED: **Oct 31, 2023**

_____
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE